Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11087−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danielle Lefay
   38 Cranmer Road
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−9217

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       6/5/24
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $6733.00

EXPENSES
expenses: $490.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 29, 2024
JAN:

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 24-11087-CMG
Danielle Lefay                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                           Page 1 of 2
Date Rcvd: Apr 29, 2024                 Form ID: 137                     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Lefay, 38 Cranmer Road, Bayville, NJ 08721-1715 |
| 520154411 | + | Ocean County Sheriff's Office, Attn: Foreclosures, 101 Hooper Avenue, Room 119, Toms River, NJ 08753-7605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2024 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2024 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520154401 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2024 20:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520154402 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2024 20:49:13 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520154403 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 29 2024 20:48:58 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 520158826 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2024 20:38:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520221903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 29 2024 20:38:41 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520223078 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2024 20:49:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520154404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2024 20:49:03 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520154405 | + | Email/Text: mrdiscen@discover.com | Apr 29 2024 20:31:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520154406 | | Email/Text: bankruptcycourts@equifax.com | Apr 29 2024 20:31:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520154407 | ^ | MEBN | Apr 29 2024 20:29:48 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520154408 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 29 2024 20:32:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520219840 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 29 2024 20:32:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520154409 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 29 2024 20:32:00 | Genesis Financial, Genesis FS Card Services, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4477, Beaverton, OR 97076-4401 |
| 520154410 | ^ MEBN | | Apr 29 2024 20:30:18 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520154412 | + Email/Text: bankruptcy@sw-credit.com | | Apr 29 2024 20:32:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 520224800 | + Email/PDF: ebn_ais@aisinfo.com | | Apr 29 2024 20:37:06 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520154413 | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 29 2024 20:37:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520154414 | Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 29 2024 20:49:04 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520154415 | ^ MEBN | | Apr 29 2024 20:29:09 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Danielle Lefay ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4