**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on June 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>    Danielle Lefay,<br><br>        Debtor(s). | Chapter 13<br><br>Case No. 24-11087<br><br>Hearing Date: June 5, 2024<br><br>Judge: Christine M. Gravelle |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: June 6, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4869-5074-1689, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____6,733.00_____for services rendered and expenses in the amount of $_____490.00_____for a total of $_____7,223.00_____. The allowance is payable:

☒ $  4,223.00   through the Chapter 13 plan as an administrative priority.

☒ $  3,000.00   outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,284.00_____per month for __54_____months beginning September 2024 to allow for payment of the above fee.

rev.8/1/15

4869-5074-1689, v. 1