Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−11087−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Danielle Lefay
  38 Cranmer Road
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−9217

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/12/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11087-CMG |
| Danielle Lefay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Lefay, 38 Cranmer Road, Bayville, NJ 08721-1715 |
| 520154411 | + | Ocean County Sheriff's Office, Attn: Foreclosures, 101 Hooper Avenue, Room 119, Toms River, NJ 08753-7605 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520154401 | + | EDI: BANKAMER | Jun 13 2025 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520154402 | | EDI: CAPITALONE.COM | Jun 13 2025 00:31:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520154403 | | EDI: CAPONEAUTO.COM | Jun 13 2025 00:31:00 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 520158826 | + | EDI: AISACG.COM | Jun 13 2025 00:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520221903 | + | EDI: AISACG.COM | Jun 13 2025 00:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 520223078 | | EDI: CITICORP | Jun 13 2025 00:31:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520154404 | + | EDI: CITICORP | Jun 13 2025 00:31:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 520154405 | + | EDI: DISCOVER | Jun 13 2025 00:31:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520154406 | | Email/Text: bankruptcycourts@equifax.com | Jun 12 2025 20:51:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520154407 | ^ | MEBN | Jun 12 2025 20:37:21 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520154408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 12 2025 20:51:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520219840 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 12 2025 20:51:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520154409 | + | EDI: PHINGENESIS | Jun 13 2025 00:31:00 | Genesis Financial, Genesis FS Card Services, PO |

Case 24-11087-CMG    Doc 36    Filed 06/14/25    Entered 06/15/25 00:12:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4477, Beaverton, OR 97076-4401 |
| 520154410 | ^ | MEBN | Jun 12 2025 20:37:48 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520490543 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 12 2025 20:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520490544 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 12 2025 20:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520154412 | + | Email/Text: bankruptcy@sw-credit.com | Jun 12 2025 20:51:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 520224800 | + | EDI: AISACG.COM | Jun 13 2025 00:31:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520154413 | | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 520154414 | | EDI: SYNC | Jun 13 2025 00:31:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520154415 | ^ | MEBN | Jun 12 2025 20:37:09 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Danielle Lefay ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Laura M. Egerman | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 148 | Total Noticed: 25 |

on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6