| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on June 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Danielle Lefay<br><br><br><br><br>Debtor(s) | Case No.: 24-11087 / CMG<br><br>Chapter 13<br><br>Hearing Date: 6/11/2025  at 9:00 AM<br><br>Judge: Christine M. Gravelle |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2025**

*Honorable Christine M. Gravelle, Chief Judge*
*United States Bankruptcy Judge*

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date this order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11087-CMG |
| Danielle Lefay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2
Date Rcvd: Jun 12, 2025     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

**Recip ID          Recipient Name and Address**
db          +   Danielle Lefay, 38 Cranmer Road, Bayville, NJ 08721-1715

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

**Name**              **Email Address**

Albert Russo
                on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                docs@russotrustee.com

Denise E. Carlon
                on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Justin M Gillman
                on behalf of Debtor Danielle Lefay ecf@gillmancapone.com
                GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Laura M. Egerman
                on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 12, 2025 Form ID: pdf903 Total Noticed: 1
TOTAL: 6