UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Danielle Lefay

Case No.: 24-11087-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: January 22, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

On  December 31, 2025 , an application was filed for the Claimant(s),  Adams & Cohen, LLC , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a).  The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 2,309.46  held in unclaimed funds be made payable to  Adams & Cohen, LLC  and be disbursed to the payee at the following address:

Adams & Cohen, LLC

P.O. Box 2784

Auburn, AL 36831

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

*rev. 5/19/2025*

2