UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on January 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Danielle Lefay

Case No.: 24-11087-CMG

Chapter: 13

Judge: Christine M. Gravelle

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: January 22, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

On December 31, 2025, an application was filed for the Claimant(s), Adams & Cohen, LLC, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $ 2,309.46 held in unclaimed funds be made payable to Adams & Cohen, LLC and be disbursed to the payee at the following address:

Adams & Cohen, LLC

P.O. Box 2784

Auburn, AL 36831

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

*rev. 5/19/2025*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-11087-CMG |
| Danielle Lefay | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Danielle Lefay, 38 Cranmer Road, Bayville, NJ 08721-1715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Danielle Lefay ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | |

District/off: 0312-3                           User: admin                              Page 2 of 2
Date Rcvd: Jan 22, 2026                        Form ID: pdf903                          Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6